FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHIAS JENß, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AVISTA CORPORATION, ERIK J. ANDERSON, KRISTIANNE BLAKE, DON BURKE, REBECCA A. KLEIN, SCOTT H. MAW, SCOTT MORRIS, MARC RACICOT, HEIDI B. STANLEY, R. JOHN TAYLOR, and JANET WIDMANN,<br><br>    Defendants. | NO. 2:17-cv-00333-SAB<br><br>**ORDER DISMISSING CASE** |

On December 18, 2017, Plaintiff filed a Notice of Voluntary Dismissal, ECF No. 18, pursuant to Fed. R. Civ. P. 41(a)(1)(i). Because no answer or summary judgment motion has been filed, the Notice is entered into the record and this case is dismissed without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, ECF No. 18, is **ENTERED** into the record.

2. The above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**ORDER DISMISSING CASE** + 1

3.  Any pending motions are **DISMISSED AS MOOT**.

4.  All trial dates and deadlines are **VACATED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** this file.

**DATED** this 19th day of December 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** + 2